RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/14/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY L. HYMES | CIVIL ACTION NO. 10-1167 |
| VERSUS | JUDGE TRIMBLE |
| CITY OF NATCHITOCHES, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is a motion to dismiss[1] filed by defendants as to plaintiff's claims against defendants under La. R.S. 42:1169 and against defendant Mayor Wayne McCullen in his individual capacity under 42 U.S.C. § 1981. After careful review of the entire record in this case, including the report and recommendation of the magistrate judge[2] and the objections[3] and responses thereto[4] filed by the parties, the court finds that the recommendations of the magistrate judge are correct under applicable law and, accordingly, it is

**ORDERED, ADJUDGED** and **DECREED** that defendants' motion to dismiss is **GRANTED** for the reasons expressed in the report and recommendation previously issued by U.S. Magistrate Judge James D. Kirk. Accordingly, it is further

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's claims against defendants under

---

[1] R. 24.

[2] R. 30.

[3] R. 31.

[4] R. 33.

1

La. R.S. 42:1169 and against defendant Mayor Wayne McCullen in his individual capacity under 42 U.S.C. § 1981 are **DISMISSED** with prejudice. All other claims asserted by plaintiff in the above-captioned suit are preserved for further proceedings consistent with this ruling.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 14th day of January, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE